FILED IN THIS OFFICE JUL 05 2018 Clerk U.S. District Court Greensboro NC

MOTION FOR LEAVE TOO FILE AN AMENDED COMPLAINTS

PURSUANT TO RULES 15(A) AND 19(A) FED R. CIV. P.

FOMAN V. DAVIS. 371 U.S. 178 182 1962.

DICTA"

COLOUR OF STATE LAW:

COMPLAINT:
  CONSTITUTION
    CONSTITUTION LAW.
    DENIAL:
  ANNOTATION:
  AFFIRM:
  ALLEGE:

ABSOLUTE IMMUNITY
  "INDEMNIFICATION"
CAPACITY (DAMAGES) INJUNCTION
LAWSUIT SPECIFIC DEFENDANT AGENCY OFFICIAL

Sosna v. Iowa 419 U.S 393 1975
("Moot") Mootness
  New Suit Prison officers
violates M.A. (Yusuf) Burton
Bey Rights Natural Person:
proper person. Section 1983

Prison Litigation Reform
  Act: Davis v. District of
Columbia 158 F. 3d 1342 D.C. Cir 1998)

Harris v. Garner 190 F 3d 1279
  (11th Cir 1999) (Injunction Relief)
Royal v. Kautzky 375 F 3d 720
9th Cir 2004. Calhoun v.
Detella 319 F 3d 936 7th Cir 2003.
  Emotional Injuries.
Davis v. District of Columbia 158 F 3d
1342 D.C Cir 1998)

Due Process "Clause"
Problems with Food. Exercise or
Sanitation. Failure to provide
Adequate medical care's

RESPECTFULLY SUBMITTED THIS 03th
DAY OF JULY 2018

Joseph Burton Moore #24
Post Office Box 0506
Mosely Correction Institution

CERTIFICATE OF SERVICE

This is certify that the foregoing request for interrogatories was duly served upon the following by placing a copies of same in the United State mail postage pre-paid and properly addresses as follows:

This the 03th day of July 2018

```
IBSR140 (60)           NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY         06/11/18
                            TRUST FUND ACCOUNT STATEMENT                  18:07:37
                            FACILITY: 4875  - MAURY C.I.                  PAGE  951
                              FOR: 06/04/18 - 06/11/18
                                                 INDIGENT'S
  ACCT. NAME: MIAL, JOSEPH B.                                ACCT#: 0280200
         BED: MPODD001                                       TYPE: INMATE

       ENDING BALANCE 06/11/18  $      0.00  INCLUDES CANTEEN LIMIT OF $ 0.00

        BATCH                      REFERENCE
  DATE    NBR.     TYPE             NUMBER    FACL  +/-   AMOUNT         BALANCE
  ----    ----     ----             ------    ----  ---   ------         -------

                                   BEGINNING BALANCE              $         0.00
```

DISCLOSURE. EARNING WAGES.
15.95 MILLION ASSURES.

```
  DEBT    DEBT                                           AMOUNT OF    AMOUNT
  DATE    TIME   TYPE OF DEBT     ASSURES.                 DEBT     STILL OWED
  ------  -----  ------------   --------------------    ----------  ----------
  05/23/18 13:32 ADM FEE        -CASE#5/03/1808:15      $    10.00  $    10.00
  06/08/18 10:30 ADM FEE        -CASE#5/13/1814:00      $    10.00  $    10.00
  06/08/18 11:18 ADM FEE        -CASE#5/28/1804:19      $    10.00  $    10.00

  THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
  BETWEEN 06/04/2018 AT 01:01:01 AND 06/11/2018 AT 18:07:37.

  ENDING BALANCE IS THE BALANCE AS OF MONDAY,     JUNE    11, 2018 AT 18:07:37.
```

COMPENSATED DAMAGES. Too
SEEDEED. EXTREMELY.
PSYCHOLOGIST WARN. OFFICIAL
AWARD SHALL. EACH OF US.
OF MALICIOUS. MALEVOLENT & FEMALE
VOLIANTS. SPITEFUL. MALIGNANT.
YUSUFI BERRIAN MIAL BEY. Daughters
entitled NYCOLE T. WOODS
PARRISSHATAE DOWNEY. GUILFORD
COUNTY O'BRIEN MS. HOLLEY MS
WITLEY MS. KESHA RICHERSON
S.A. QUINN. CHRISTINA & CIBERIA POTTS
TIFFANY POTTS. BRA POTTS COUSIN
MICHAEL POTTS. SHIRLEY & MAZELL
GUILFORD COUNTY NURSE. RICHELSIA.
HOLDERNS SGT. TYSON. FUTREL. KENNETH
AUDREY & CATHY ELAINE & KENNETH THEODORE JONES
NOT TO INCLUDE NONE ONCE TONI. TAMIKA DEAN
BARBARA.

07-03-018

Joseph B. Mzal Yusufi Bey

v.

N.C.D.O.P.S

Motion For Default Judgment

Petitioner move this court US States United District N. Carolina for an judgment by default in this action and show that the complaint in the 07-03-018 Filed]: The summons and and were only served on the defendant. Maury C. Institutional 4875 Facility. on the 07-02-018 Stipulations:

Exhaustion & Injunctions
Jackson v. District of Columbia
254 F 3d 262 D.C. Cir 2001
Irreparable Harm &
Permanent Injury:

Temporary Restraining Orders:
T.R.O Rule 65 of the Federal
Rules of Civil Protocol Procedure.
Preliminary Injunction:

Siggers-El v. Barlow 433 F Supp
2d 811 (N.D Cal 2008) inadequacy
adequate F.R. M2CH 2006
Cockroft v. Kirkland 548
F Supp 2d 767 N.D Cal 2008.

Canell v. Lightner 143 F 3d 1210
1213 9th Cir 1998. Ninth
Circuit not asserting
claim for mental or emotional
injury.

Case 1:18-cv-00599-TDS-JLW   Document 1   Filed 07/05/18   Page 6 of 12

EIGHTH AMENDMENT..
Submitting complicated generally
petition information
Tort claims. Enforcements
Staffs, Official "names" submitted
"Interrogatory" Evidences inmate
Quizeton Darius Freeman under
Written. Writ Burton Yusufi Mial
Bey.. Natural Person Documentation
Attorney Block Adadam/Sir
Disclosure. Accesses Exemption
Factual unofficial known
Verification etcetera Abroad
Deliberate Indifference.

Boswell v. Sherburne County 849 F 2d
1117 8th Cir 1988
Surveillance Camera Shows/Shown
07-03-018. Date. Month.. Time
Year.. Retaliation Violated
Mial Burton Yusufi Bey
1st Amendment Rights... Gomez v.
Vernon. 255 F 3d 1118 9th Cir
2001.. Valvano v. McGrath
325 F. Supp 408 E.D.N.Y 1970)
18 U.S.C § 1512 (A)(2):

Case 1:18-cv-00599-TDS-JLW   Document 1   Filed 07/05/18   Page 7 of 12

RESTRICTIVE OR INHUMANE UN-
CONDITIONS OF CONFINEMENT
SEGREGATION GRAYLIST MAIL CORRO

FIFTH CIRCUIT: Disagreed & Upheld
DUE PROCESS PROTECTS: PERSONS
 CITIZENS ENTITLED. PROCESS
"ERRONEOUS" FIFTH AND
FOURTEENTH AMENDMENTS.
FREE GROSS physician physical
 ABUSE HAND STATE OR FEDERAL
OFFICIALS:
 NARAS V. Nelson 917 F 2d 1552
11th CIR (1990).

COMMITMENT: EFFICIENTLY OUTWEIGHED
 MEAL YUSUFF BURIAN BEY:
 INTEREST USING:
 BABCOCK V CLARK No. CV-07-5073
 FVS. 2009 WL 91214 ED WASH
 March 31, 2009)

# Amendment XIII

### Section 1.

Neither slavery nor involuntary servitude, except as a punishment for crime whereof the parties shall have been duly convicted, shall exist within the United States, or any placed subject too substantiate their jurisdiction:

# Amendment XV

Congress 02 February 1869 Ratified 03th 1870.

### Section 1

The Right of Citizens the United States too votes shall not be denied or abridged, curtail dense, lessen, shorten abbreviate:

BY THE UNITED STATES OR BY ANY STATE ON ACCOUNT OF RACE COLOUR OR PREVIOUS CONDITION SWORN/UNSWORN SERVITUDE.

Amendment XIV
NOTE: Article 1 Section 2
THE CONSTITUTION WAS MODIFIED BY SECTION II OF THE CONSTITUTION 14th AMENDMENT.

ALL PERSON BORN OR NATURALIZED PERSONS ENTITLMENT IN THE UNITED STATES AND SUBJECT TOO THE JURISDICTION THEREOF ARE CITIZENS OF THE UNITED STATES AND OF THE STATE WHEREIN THEY RESIDE. NO STATE SHALL MADE OR ENFORCE ANY LAW which shall abridge THE PRIVILEGES OR IMMUNITIES OF CITIZEN OF THE UNITED STATES.

either shall any states or agency's deprive any proper person of life liberty, or property, without due process of law; nor deny too any person within its jurisdiction the equal protection of the laws:

The preamble too the Bill of Rights and amendments to the United States Constitution:

Official Joyner immediated removal of post/poste postcion: not seated in North Carolina waived, etcetera.

Valdes v. Crosby 450 F 3d 1231 11th cir 2006.   Colon v. Coughlin 58 F. 3d 865 2d cir 1995). Damages of officials or guards actually personally violated Miacwsnfi Bey rights.

GRANT / GRANTED:
　　DISCRETION:
　　　　DISPOSITION
　　　　FRIVOLOUS:
　　　　AFFIDAVIT:
　　　　　　DECLARATORY JUDGMENT
　　　　DAMAGES:
　　　　　CITATION:
　　　　　　CIVIL:
　　　　　　　ELEMENT
　　　　　　　　ENJOINING:

WHEREFORE, PETITIONER MOVES THAT THIS UNITED STATES DISTRICT NORTH CAROLINA MIDDLE UNITED STATES DISTRICT N. CAROLINA COURTS MAKE & ENTER A JUDGMENT THAT PRAY/PRAYER FOR OF MOTION DEFAULT JUDGMENTS RELIEF "OF COMPLAINTS"